■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS L. HAMILTON, JR., Appellant. [749 NYS2d 199] —Appeal from a judgment of Niagara County Court (Hannigan, J.), entered December 23, 1998, convicting defendant upon his plea of guilty of assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo,* 91 NY2d 733, 737). Present—Wisner, J.P., Hurlbutt, Scudder, Gorski and Lawton, JJ.